Douglas Q. Hahn, SBN 257559
email:  dhahn@sycr.com
Jared Veliz, SBN 276191
email:  jveliz@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100

Attorneys for Plaintiff
TRENDPOINT SYSTEMS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENDPOINT SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CANARA, INC., <br><br> Defendant. | CASE NO. EDCV15-01160 BRO (KKx) <br><br> **PLAINTIFF'S NOTICE OF *EX PARTE* APPLICATION AND UNOPPOSED *EX PARTE* APPLICATION TO EXTEND TIME TO SERVE COMPLAINT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Local Rules 7-19 and 7-19.1, Plaintiff TrendPoint Systems, Inc. ("TrendPoint") hereby applies, *ex parte*, to this Court for an order extending TrendPoint's time to serve its Complaint on Defendant Canara, Inc. ("Canara") pursuant to Fed. R. Civ. P. 4(m) by thirty (30) days, until November 12, 2015.

As detailed in the attached Memorandum of Points and Authorities, good cause exists to grant Plaintiffs' Unopposed *Ex Parte* Application to extend time.

This Application is based upon the attached Memorandum of Points and Authorities, the [Proposed] Order filed herewith, the records, pleadings and documents in this case, and upon such argument or evidence that is presented at any hearing on this application.

To date, the Summons and Complaint has not been served, no counsel has appeared on behalf of Defendant and Defendant has no counsel of record in this action. Nonetheless, TrendPoint has been in regular communication with counsel for Defendant in an effort to resolve this matter via settlement rather than litigation as detailed below. Specifically, Defendant is represented by:

> Michael Dulin (mdulin@polsinelli.com)
> Polsinelli PC
> 1515 Wynkoop, Suite 600
> Denver, CO 80202
> Tel: (303) 583-8239

Counsel for TrendPoint has informed Defendant's counsel of its intent to file this ex parte Application and counsel for Defendant has indicated that Defendant does not oppose this Application.

DATED: October 8, 2015          STRADLING YOCCA CARLSON & RAUTH

                                By: */s/ Douglas Q. Hahn*
                                    Douglas Q. Hahn
                                    Attorneys for Plaintiff
                                    TRENDPOINT SYSTEMS, INC.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

*EX PARTE* APPLICATION FOR EXTENSION OF TIME TO SERVE COMPLAINT
LITIOC/2125647v2/103318-0002

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff TrendPoint, Inc. ("TrendPoint") files this *Ex Parte* Application for an order extending Plaintiff's time to serve its Complaint on Defendant Canara, Inc. by thirty (30) days, until November 12, 2015, in order to ensure that the Parties have sufficient time to finalize a settlement agreement and seek dismissal of this case.

On June 15, 2015, TrendPoint filed its Complaint for Patent Infringement (the "Complaint") [Dkt. No. 1] in this Court alleging that Defendant's Branch Circuit Monitoring Lite and Branch Circuit Monitoring Pro Systems infringe TrendPoint's U.S. Patent No. 8,964,360. Pursuant to Fed. R. Civ. P. 4(m), TrendPoint must serve the Complaint on Defendant within 120 days after the Complaint is filed, presently October 13, 2015.

Fed. R. Civ. P. 4(m) further provides that "if the plaintiff shows good cause for the failure [to serve the Complaint], the court must extend the time for service for an appropriate period." The Ninth Circuit has held that the "good cause" standard "primarily considers the diligence of the party seeking the extension." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

TrendPoint has been diligently pursuing settlement of this action in the hopes that the parties can preserve time and resources that litigation requires. The parties have been in regular communication regarding TrendPoint's allegations since TrendPoint filed the Complaint. Initially, TrendPoint agreed to hold off serving the Complaint in order to allow Canara additional time to consider TrendPoint's allegations. Thereafter, the parties have continued to negotiate settlement terms and have since reached <u>a settlement in principle</u>. The parties have exchanged versions of a settlement agreement and are actively working to finalize this agreement.

TrendPoint is hopeful that the parties will have settled this matter prior to October 13, 2015. In an abundance of caution, however, TrendPoint seeks a thirty

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
*EX PARTE* APPLICATION FOR EXTENSION OF TIME TO SERVE COMPLAINT
LITIOC/2125647v2/103318-0002

1  (30) day extension to serve the Complaint in the event the parties are unable to
2  finalize the settlement agreement by October 13, 2015.
3      For the foregoing reasons, TrendPoint requests that the Court granted its
4  request for an extension of time.

6  DATED: October 8, 2015          STRADLING YOCCA CARLSON & RAUTH

7                                  By:  */s/ Douglas Q. Hahn*
8                                       Douglas Q. Hahn
                                         Attorneys for Plaintiff
9                                        TRENDPOINT SYSTEMS, INC.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-
*EX PARTE* APPLICATION FOR EXTENSION OF TIME TO SERVE COMPLAINT
LITIOC/2125647v2/103318-0002