1
2
3
4
5
6
7

**FILED**
CLERK, U.S. DISTRICT COURT

10/16/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CW _____ DEPUTY

8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11 | TRENDPOINT SYSTEMS, INC.

CASE NO. EDCV15-01160 BRO (KKx)

12                Plaintiff,

**ORDER GRANTING UNOPPOSED**
***EX PARTE* APPLICATION TO**
**EXTEND TIME TO SERVE**
**COMPLAINT**

13            vs.

14 | CANARA, INC.

15                Defendant.

16

17      The Court having considered the Unopposed *EX PARTE* APPLICATION

18 TO EXTEND TIME TO SERVE COMPLAINT, the records on file in this action,

19 and any other matters or argument presented in connection therewith, and good

20 cause appearing:

21      IN IS HEREBY ORDERED THAT Plaintiff TrendPoint Systems, Inc. have

22 until November 12, 2015 to serve its Complaint for Patent Infringement on

23 Defendant Canara, Inc.

24      IT IS GRANTED.

25

26 DATED:  October 16, 2015          By: _____

27                                          Hon. Beverly Reid O'Connell

28                                          U.S. District Judge